J. C. PENNEY CO., Inc., Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent,

v.

Retail Clerks International Association Local 253, AFL–CIO, Intervenor.

No. 17730.

United States Court of Appeals
Sixth Circuit.

April 15, 1968.

John C. Egbert, Jr., Cincinnati, Ohio, James R. Adams, Cincinnati, Ohio, on brief; Frost & Jacobs, Cincinnati, Ohio, of counsel, for petitioner.

Allen D. Eisenberg, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate

---

* Of the District Court of Connecticut, sitting by designation.

General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Allison W. Brown, Jr., Marsha Swiss, Attorneys, N. L. R. B., Washington, D. C., on brief, for respondent.

Before PHILLIPS, CELEBREZZE and PECK, Circuit Judges.

### ORDER.

This case is before the Court upon the petition of J. C. Penney Co., Inc., to review an order of the National Labor Relations Board and upon the cross-petition of the Board to enforce the order. The decision and order of the Board are reported at 162 N.L.R.B. No. 144. The intervenor has filed a brief urging enforcement.

The Court holds that the findings of fact of the Board are supported by substantial evidence on the record considered as a whole.

It is ordered that the order of the Board be and hereby is enforced.